Jean MICHAELS, wife of; Franklinton Michaels, Sr, Plaintiffs–Appellants,

v.

INTERNATIONAL RIVERCENTER, doing business as Hilton New Orleans Riverside, Defendant–Appellee.

No. 04–30488.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 4, 2005.

David A. Abramson, Lewis, Kullman & Sterbcow, New Orleans, LA, for Plaintiff–Appellant.

G. Bruce Parkerson, Stephan Michael Cooper, Plauche, Maselli, Landry & Parkerson LLP, New Orleans, LA, for Plaintiff–Appellant.

Before JOLLY, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

For the reasons essentially stated by the district court, the decision below is AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.